No. 66161.—W. Sarasin, Swiss Ribbons, Ltd., et al. v. United States, protests 59/25046, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon pile ribbons similar in use to pile ribbons in chief value of silk and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.